# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

---

**ALONZO E STEWART,**

        **Plaintiff,**

      **v.**                            **Case No. 09-C-123**

**QUALA CHAMPAGNE, RUTH DONALDS,**
**ANGELA PATERSON, and JOHN LANGDON,**

        **Defendants.**

---

## ORDER

A review of this file discloses that defendants filed a motion for summary judgment on May 6, 2010. Court records indicate that copies of the motion and supporting brief were mailed to plaintiff on May 6, 2010. Under the applicable procedural rules, plaintiff's response to that motion should have been filed on or before June 7, 2010.

Briefing schedules are set forth in Civil Local Rules 7 and 56 (E.D. Wis.). Parties are expected to comply with the procedures and dates specified in the rule without involvement of the court.

Court records show that plaintiff did not file any response to the defendants' motion. Therefore,

**IT IS ORDERED** that this action be dismissed with prejudice for lack of prosecution effective **July 19, 2010**, pursuant to Civil Local Rule 41(c) (E.D. Wis.) (copy enclosed) and Federal Rule of Civil Procedure 41(b), unless prior to that date plaintiff responds to defendants' motion or establishes just cause for his failure to respond to said motion as required.

Dated at Milwaukee, Wisconsin, this 25 day of June, 2010.

/s_____
LYNN ADELMAN
District Judge

Civil Local Rule 41(c)
Dismissal for Lack of Diligence

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice.  Any affected party may petition for reinstatement of the action within 21 days.

3